IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES A. SPARKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-090 |
| | ) | |
| WARDEN VANCE LAUGHLIN, Wheeler | ) | |
| Correctional Facility; UNIT MANAGER | ) | |
| LEE ANN HAMILTON, Wheeler | ) | |
| Correctional Facility; LT. JANE DOE, | ) | |
| Wheeler Correctional Facility; and OFFICER | ) | |
| JANE DOE, Wheeler Correctional Facility, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim, and **CLOSES** this civil action.

SO ORDERED this 14th day of March, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE